UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA RENA FINLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A-L FINANCIAL CORPORATION,<br><br>　　　　Defendant. | Case No. 17-cv-05506-VC<br><br>**ORDER TO SHOW CAUSE** |

　　　　The U.S. Marshals Service was unable to serve the defendant at the address provided. *See* Dkt. No. 28. Ms. Finley is ordered to show cause why the case should not be dismissed without prejudice for failure to provide an appropriate address for service of the defendant. *See* Fed. R. Civ. P. 4(m). Ms. Finley's written response to this order to show cause is due by July 19, 2018, and a hearing will be held on Thursday, July 26, 2018 at 10:00 a.m.

　　　**IT IS SO ORDERED.**

Dated: July 5, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge